IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRAZIER PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4469 |
| | § | |
| BOLANLE IWEUNOR, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On January 8, 2019, the Court struck plaintiff's complaint in this *pro se* prisoner civil lawsuit for violations of Rules 18(a) and 20, and ordered him to file a new complaint within thirty days. The Court warned plaintiff that his failure to comply timely and fully would result in dismissal of his lawsuit. A copy of the order was sent to plaintiff at his address of record that same date.

Despite expiration of a reasonable period of time in excess of sixty days, plaintiff has failed to comply with the Court's order. No complaint is on file in this case, and the Court has received no further communications from plaintiff. Article III, § 2 of the United States Constitution limits federal court jurisdiction to actual cases and controversies. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Because no complaint is on file, there is no actual case or controversy before the Court and the Court is without jurisdiction.

This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Any and all pending motions are DISMISSED AS MOOT.

Signed at Houston, Texas on March 11, 2019.

_____
Gray H. Miller
Senior United States District Judge